**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EUGENE NYAMBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-CV-01037 (EGS) |
| ) | |
| INTERNATIONAL MONETARY FUND, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given this 6th day of August, 2013, that the Defendant International Monetary Fund ("Fund") appeals from the Court's July 9, 2013 Minute Order granting Plaintiff Eugene Nyambal's Motion for Stay Pending Jurisdictional Discovery to the United States Court of Appeals for the District of Columbia Circuit.  Although the Fund believes that the deadline under Fed. R. App. P. 4(a)(1)(A) for noticing its appeal is tolled due to the Fund's pending motion for reconsideration under Fed. R. Civ. P. 59(e), the Fund is filing this notice, as a protective measure and out of an abundance of caution, in order to preserve its rights if any court were to treat the motion for reconsideration as not having tolled the time for appeal.

2

      Respectfully submitted,

      */s/ Patrick J. Carome*
      Patrick J. Carome, D.C. Bar No. 385676
      WILMER CUTLER PICKERING
         HALE and DORR LLP
      1875 Pennsylvania Avenue, NW
      Washington, DC  20006
      Telephone (202) 663-6000
      Fax (202) 663-6363
      patrick.carome@wilmerhale.com
      *Counsel for the International Monetary Fund*

Dated:  August 6, 2013

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th of August, 2013, I electronically filed the foregoing Defendant International Monetary Fund's Notice of Appeal using the Court's CM/ECF system, which will then send an electronic notification of filing to all counsel of record who have obtained CM/ECF passwords.

> */s/ Patrick J. Carome*
> Patrick J. Carome
> *Counsel for the International Monetary Fund*