APPEAL,JURY,STAYED,TYPE−B

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:12−cv−01037−EGS

| | |
|---|---|
| NYAMBAL v. INTERNATIONAL MONETARY FUND | Date Filed: 06/22/2012 |
| Assigned to: Judge Emmet G. Sullivan | Jury Demand: Plaintiff |
| Demand: $3,000,000 | Nature of Suit: 360 P.I.: Other |
| Cause: 22:286 Action against World Bank | Jurisdiction: Federal Question |

**Plaintiff**

**EUGENE NYAMBAL**     represented by **John M. Shoreman**
MCFADDEN &SHOREMAN, LLC
1050 Connecticut Avenue, NW
Suite 1000
Washington, DC 20036
(202) 772−3188
Fax: (202) 204−8610
Email: mstlaw@erols.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**INTERNATIONAL MONETARY FUND**     represented by **Patrick Joseph Carome**
WILMER CUTLER PICKERING HALE &DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663−6610
Fax: (202) 663−6363
Email: patrick.carome@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aron B. Goetzl**
WILMER CUTLER PICKERING HALE &DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663−6000
Fax: (202) 663−6363
Email: aron.goetzl@wilmerhale.com
*TERMINATED: 01/18/2013*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 06/22/2012 | 1 | | COMPLAINT against INTERNATIONAL MONETARY FUND ( Filing fee $ 350, receipt number 4616049457) filed by EUGENE NYAMBAL. (Attachments: # 1 Civil Cover Sheet)(rdj) (Entered: 06/25/2012) |
| 06/22/2012 | | | Summons (1) Issued as to INTERNATIONAL MONETARY FUND. (rdj) (Entered: 06/25/2012) |
| 11/14/2012 | 2 | | AFFIDAVIT re 1 Complaint (Shoreman, John) Modified on 11/15/2012 (jf, ). (Entered: 11/14/2012) |
| 12/06/2012 | 3 | | MOTION for Extension of Time to *Serve Process* by EUGENE NYAMBAL (Attachments: # 1 Text of Proposed Order)(Shoreman, John) (Entered: 12/06/2012) |
| 12/06/2012 | 4 | | ENTERED IN ERROR.....RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. EUGENE NYAMBAL served on 12/5/2012, answer due 12/26/2012 (Shoreman, John) Modified on 12/7/2012 (jf, ). (Entered: 12/06/2012) |
| 12/06/2012 | 5 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on the Mayor of the District of Columbia. Date of Service Upon the Mayor for the District of Columbia on 12/05/2012. (jf, ) (Entered: 12/07/2012) |
| 12/07/2012 | | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 4 Summons Returned Executed was entered in error and refiled by the Clerk's Office. (jf, ) (Entered: 12/07/2012) |
| 12/07/2012 | 6 | | MOTION to Dismiss by INTERNATIONAL MONETARY FUND (Attachments: # 1 Memorandum in Support, # 2 Affidavit, # 3 Text of Proposed Order, # 4 Certificate of Service)(Goetzl, Aron) (Entered: 12/07/2012) |
| 12/10/2012 | 7 | | NOTICE of Appearance by Patrick Joseph Carome on behalf of INTERNATIONAL MONETARY FUND (Carome, Patrick) (Entered: 12/10/2012) |
| 12/10/2012 | 8 | | NOTICE of Appearance by Aron B. Goetzl on behalf of INTERNATIONAL MONETARY FUND (Goetzl, Aron) (Entered: 12/10/2012) |
| 12/11/2012 | | | MINUTE ORDER finding as moot 3 motion of extension of time to serve the International Monetary Fund. Counsel for the IMF have entered an appearance and filed a motion to dismiss on other grounds. Signed by Judge Emmet G. Sullivan on December 11, 2012. (lcegs4) (Entered: 12/11/2012) |
| 12/26/2012 | 9 | | MOTION for Extension of Time to File Response/Reply as to 6 MOTION to Dismiss by EUGENE NYAMBAL (Attachments: # 1 Text of Proposed Order)(Shoreman, John) (Entered: 12/26/2012) |
| 12/27/2012 | | | MINUTE ORDER treating 9 plainitiff's motion for two day extension of time as opposed and granting over opposition. Plaintiff shall file his response to the motion to dismiss by no later than December 28, 2012. Signed by Judge Emmet G. Sullivan on December 27, 2012. (lcegs4) (Entered: 12/27/2012) |
| 12/27/2012 | | | Set/Reset Deadlines: Response to Dispositive Motions due by 12/28/2012. (clv, ) (Entered: 12/27/2012) |
| 12/28/2012 | 10 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE re 6 MOTION to Dismiss filed by EUGENE NYAMBAL. (Attachments: # 1 Text of Proposed Order)(Shoreman, John) (Entered: 12/28/2012) |
| 12/29/2012 | 11 | | MOTION to Stay re 10 Response to motion *to dismiss* by EUGENE NYAMBAL (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Shoreman, John) (Entered: 12/29/2012) |
| 01/03/2013 | 12 | | Consent MOTION for Extension of Time to File Response/Reply *in Support of Motion to Dismiss* by INTERNATIONAL MONETARY FUND (Carome, Patrick) (Entered: 01/03/2013) |
| 01/09/2013 | | | MINUTE ORDER granting, nunc pro tunc, 12 defendant's unopposed motion for extension of time to file reply in support of its motion to dismiss. Defendant shall file its reply by no later than January 17, 2013. Signed by Judge Emmet G. Sullivan on January 9, 2013. (lcegs4) (Entered: 01/09/2013) |
| 01/09/2013 | | | Set/Reset Deadlines: Reply to Dispositive Motions due by 1/17/2013. (clv, ) (Entered: 01/09/2013) |
| 01/17/2013 | 13 | | REPLY to opposition to motion re 6 MOTION to Dismiss filed by INTERNATIONAL MONETARY FUND. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Certificate of Service)(Carome, Patrick) (Entered: 01/17/2013) |
| 01/17/2013 | 14 | | Memorandum in opposition to re 11 MOTION to Stay re 10 Response to motion *to dismiss* filed by INTERNATIONAL MONETARY FUND. (Attachments: # 1 Text of Proposed Order, # 2 Certificate of Service)(Carome, Patrick) (Entered: 01/17/2013) |
| 01/18/2013 | 15 | | MOTION to Withdraw as Attorney by INTERNATIONAL MONETARY FUND (Goetzl, Aron) (Entered: 01/18/2013) |
| 01/18/2013 | | | MINUTE ORDER granting 15 Aron Goetzl's motion to withdraw appearance on behalf of defendant. Signed by Judge Emmet G. Sullivan on January 18, 2013. (lcegs4) (Entered: 01/18/2013) |
| 01/28/2013 | 16 | | REPLY to opposition to motion re 11 MOTION to Stay re 10 Response to motion *to dismiss* filed by EUGENE NYAMBAL. (Shoreman, John) (Entered: 01/28/2013) |
| 07/09/2013 | | 9 | MINUTE ORDER. Pending before the Court is 11 Plaintiff Eugene Nyambal's motion to stay pending jurisdictional discovery. Upon consideration of the motion, the opposition and reply thereto, the relevant case law, and the record in this case, the Court hereby GRANTS the motion to stay pending jurisdictional discovery. Defendant International Monetary Fund ("IMF" or "Fund") argues that pursuant to the Bretton Woods Agreements Act ("BWAA"), which codified the Articles of Agreement of the IMF, and the International Organizations Immunity Act ("IOIA"), it has immunity from judicial process entirely unless it expressly waives that immunity. See 6 IMF Mot. to Dismiss at 5−6. According to the Fund, it has not expressly waived immunity in the instant matter. In support of that proposition, the Fund has submitted the Affidavit of Brian Patterson, Senior Counsel, who attests that no such waiver exists in the contract that the Fund entered into with the Bank−Fund Staff Credit Union or with its provider for security services. Mr. |

3

| | | | |
|---|---|---|---|
| | | | Patterson cites to specific language in both agreements which purportedly establishes that the Fund has not waived immunity, but he has not attached the specific agreements to his affidavit. See [13−1] IMF Reply, Exhibit A at 1−2. Plaintiff argues, however, that because the question of whether the IMF has expressly waived immunity is a legal question, he should be afforded the opportunity to conduct limited jurisdictional discovery. See 10 Plaintiff's Opp'n at 6−7. Plaintiff further argues that Mr. Patterson's Affidavit is "far too selective in its disclosure of what the Fund considers pertinent language of relevant documents" and that he should be able to engage in limited discovery, especially because the relevant evidence to conclusively resolve the waiver issue is within the exclusive control and possession of the Fund. See 16 Plaintiff's Reply at 2−3. In this Circuit, "immunity, where justly invoked, properly shields defendants not only from the consequences of litigation's results, but also from the burden of defending themselves." Tuck v. Pan Am. Health Org., 668 F.2d 547, 549 (D.C. Cir. 1981). Moreover, pursuant to the BWAA and the IOIA, the Fund is immune from every form of judicial process, including discovery. See 22 U.S.C. § 228a(b); Foremost−McKesson, Inc. v. Islamic Republic of Iran, 905 F.2d 438, 449 (D.C. Cir. 1990). Nevertheless, despite this immunity from judicial process, limited jurisdictional discovery "may be proper [if] pertinent facts bearing on the issue of jurisdiction are in dispute." Osserian v. Int'l Fin. Corp., 498 F. Supp. 2d 139, 145 n. 2 (D.D.C. 2007). The Court finds that the discovery that Plaintiff proposes is narrowly tailored to determine the issue of whether there has been an express waiver of immunity in either of the two relevant contracts. Therefore, the Court GRANTS Plaintiff's motion. Defendant is hereby ordered to respond to Plaintiff's Interrogatories and Document Request, attached as Exhibit 1 and 2 to 11 Plaintiff's motion to stay pending jurisdictional discovery, by no later July 31, 2013. If necessary, the parties should confer and file a joint stipulated protective order by no later than July 18, 2013. The parties are directed to file a joint status report, including recommendations for further proceedings, by no later than August 7, 2013. In the event that counsel are unable to agree upon a joint recommendation, each party shall file an individual recommendation by that time. SO ORDERED. Signed by Judge Emmet G. Sullivan on July 9, 2013. (lcegs1) (Entered: 07/09/2013) |
| 07/09/2013 | | | Set/Reset Deadlines: joint stipulated protective order due by 7/18/2013; joint status report due by 8/7/2013 (clv, ) (Entered: 07/09/2013) |
| 07/18/2013 | 17 | | NOTICE of Proposed Order *Stipulated Protective Order* by INTERNATIONAL MONETARY FUND (Attachments: # 1 Text of Proposed Order Stipulated Protective Order)(Carome, Patrick) (Entered: 07/18/2013) |
| 07/23/2013 | 18 | | STIPULATED PROTECTIVE ORDER setting forth procedures for handling confidential material; allowing designated material to be filed under seal. Signed by Judge Emmet G. Sullivan on 07/20/13. (mac) (Entered: 07/23/2013) |
| 07/30/2013 | 19 | | MOTION for Reconsideration *of the Court's July 9, 2013 Minute Order* by INTERNATIONAL MONETARY FUND (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Text of Proposed Order)(Carome, Patrick) (Entered: 07/30/2013) |
| 07/30/2013 | 20 | | NOTICE *of Filing Exhibits Under Seal Pursuant to the Joint Stipulated Protective Order* by INTERNATIONAL MONETARY FUND re 19 |

| | | | |
|---|---|---|---|
| | | | MOTION for Reconsideration *of the Court's July 9, 2013 Minute Order* (Carome, Patrick) (Entered: 07/30/2013) |
| 07/30/2013 | 21 | | SEALED Exhbits B and C re 19 MOTION for Reconsideration *of the Court's July 9, 2013 Minute Order* filed by INTERNATIONAL MONETARY FUND. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibits B) (Entered: 07/31/2013) |
| 08/05/2013 | 22 | | Consent MOTION for Extension of Time to *Oppose Motion for Reconsideration* by EUGENE NYAMBAL (Attachments: # 1 Text of Proposed Order)(Shoreman, John) (Entered: 08/05/2013) |
| 08/06/2013 | 23 | 6 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to Order on Motion to Stay,,,,,,,,,,,,,,,, by INTERNATIONAL MONETARY FUND. Filing fee $ 455, receipt number 0090−3424917. Fee Status: Fee Paid. Parties have been notified. (Carome, Patrick) (Entered: 08/06/2013) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EUGENE NYAMBAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  1:12-CV-01037 (EGS) |
| ) | |
| INTERNATIONAL MONETARY FUND, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Notice is hereby given this 6th day of August, 2013, that the Defendant International Monetary Fund ("Fund") appeals from the Court's July 9, 2013 Minute Order granting Plaintiff Eugene Nyambal's Motion for Stay Pending Jurisdictional Discovery to the United States Court of Appeals for the District of Columbia Circuit.  Although the Fund believes that the deadline under Fed. R. App. P. 4(a)(1)(A) for noticing its appeal is tolled due to the Fund's pending motion for reconsideration under Fed. R. Civ. P. 59(e), the Fund is filing this notice, as a protective measure and out of an abundance of caution, in order to preserve its rights if any court were to treat the motion for reconsideration as not having tolled the time for appeal.

        Respectfully submitted,

        */s/ Patrick J. Carome*
        Patrick J. Carome, D.C. Bar No. 385676
        WILMER CUTLER PICKERING
           HALE and DORR LLP
        1875 Pennsylvania Avenue, NW
        Washington, DC  20006
        Telephone (202) 663-6000
        Fax (202) 663-6363
        patrick.carome@wilmerhale.com
        *Counsel for the International Monetary Fund*

Dated:  August 6, 2013

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th of August, 2013, I electronically filed the foregoing Defendant International Monetary Fund's Notice of Appeal using the Court's CM/ECF system, which will then send an electronic notification of filing to all counsel of record who have obtained CM/ECF passwords.

> */s/ Patrick J. Carome*
> Patrick J. Carome
> *Counsel for the International Monetary Fund*

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
-
--Non Case Participants:
--No Notice Sent:

Message-Id:3699196@dcd.uscourts.gov
Subject:Activity in Case 1:12-cv-01037-EGS NYAMBAL v. INTERNATIONAL MONETARY FUND Order on
Motion to Stay
```
Content−Type: text/html

U.S. District Court

District of Columbia

**Notice of Electronic Filing**

The following transaction was entered on 7/9/2013 at 11:48 AM and filed on 7/9/2013

| | |
|---|---|
| **Case Name:** | NYAMBAL v. INTERNATIONAL MONETARY FUND |
| **Case Number:** | 1:12−cv−01037−EGS |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **MINUTE ORDER. Pending before the Court is [11] Plaintiff Eugene Nyambal's motion to stay pending jurisdictional discovery. Upon consideration of the motion, the opposition and reply thereto, the relevant case law, and the record in this case, the Court hereby GRANTS the motion to stay pending jurisdictional discovery. Defendant International Monetary Fund ("IMF" or "Fund") argues that pursuant to the Bretton Woods Agreements Act ("BWAA"), which codified the Articles of Agreement of the IMF, and the International Organizations Immunity Act ("IOIA"), it has immunity from judicial process entirely unless it expressly waives that immunity. See [6] IMF Mot. to Dismiss at 5−6. According to the Fund, it has not expressly waived immunity in the instant matter. In support of that proposition, the Fund has submitted the Affidavit of Brian Patterson, Senior Counsel, who attests that no such waiver exists in the contract that the Fund entered into with the Bank−Fund Staff Credit Union or with its provider for security services. Mr. Patterson cites to specific language in both agreements which purportedly establishes that the Fund has not waived immunity, but he has not attached the specific agreements to his affidavit. See [13−1] IMF Reply, Exhibit A at 1−2. Plaintiff argues, however, that because the question of whether the IMF has expressly waived immunity is a legal question, he should be afforded the opportunity to conduct limited jurisdictional discovery. See [10] Plaintiff's Opp'n at 6−7. Plaintiff further argues that Mr. Patterson's Affidavit is "far too selective in its disclosure of what the Fund considers pertinent language of relevant documents" and that he should be able to engage in limited discovery, especially because the relevant evidence to conclusively resolve the waiver issue is within the exclusive control and possession of the Fund. See [16] Plaintiff's Reply at 2−3. In this Circuit, "immunity, where justly invoked, properly shields defendants not only from the consequences of litigation's results, but also from the burden of defending themselves." Tuck v. Pan Am. Health Org., 668 F.2d 547, 549 (D.C. Cir. 1981). Moreover, pursuant to the**

**BWAA and the IOIA, the Fund is immune from every form of judicial process, including discovery. See 22 U.S.C. § 228a(b); Foremost−McKesson, Inc. v. Islamic Republic of Iran, 905 F.2d 438, 449 (D.C. Cir. 1990). Nevertheless, despite this immunity from judicial process, limited jurisdictional discovery "may be proper [if] pertinent facts bearing on the issue of jurisdiction are in dispute." Osserian v. Int'l Fin. Corp., 498 F. Supp. 2d 139, 145 n. 2 (D.D.C. 2007). The Court finds that the discovery that Plaintiff proposes is narrowly tailored to determine the issue of whether there has been an express waiver of immunity in either of the two relevant contracts. Therefore, the Court GRANTS Plaintiff's motion. Defendant is hereby ordered to respond to Plaintiff's Interrogatories and Document Request, attached as Exhibit 1 and 2 to [11] Plaintiff's motion to stay pending jurisdictional discovery, by no later July 31, 2013. If necessary, the parties should confer and file a joint stipulated protective order by no later than July 18, 2013. The parties are directed to file a joint status report, including recommendations for further proceedings, by no later than August 7, 2013. In the event that counsel are unable to agree upon a joint recommendation, each party shall file an individual recommendation by that time. SO ORDERED. Signed by Judge Emmet G. Sullivan on July 9, 2013. (lcegs1)**

**1:12−cv−01037−EGS Notice has been electronically mailed to:**

John M. Shoreman     mstlaw@erols.com

Patrick Joseph Carome     patrick.carome@wilmerhale.com

**1:12−cv−01037−EGS Notice will be delivered by other means to::**