**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EUGENE NYAMBAL                                )<br>               **Plaintiff,**     )<br>                                                             )<br>v.                                                          )     **Civil Action No. 1:12-cv-01037 (EGS)**<br>                                                             )<br>INTERNATIONAL MONETARY    )<br>FUND                                                )<br>               **Defendant.**    )<br>_____)  | |

## JOINT STATUS REPORT

Pursuant to the Court's January 12, 2015, Minute Order, Plaintiff Eugene Nyambal and Defendant International Monetary Fund together submit this Joint Status Report.

Plaintiff intends to seek Supreme Court review of the opinion and Judgment of the United States Court of Appeals for the District of Columbia in *Nyambal v. IMF*, Appeal No. 13-7115, on or before February 23, 2015. Accordingly, Plaintiff requests a stay of proceedings in this Court pending the Supreme Court's resolution of the appeal. Defendant International Monetary Fund states that, while reserving all of its immunities from judicial process and without waiving any of them, it does not oppose Plaintiff's request for a stay of proceedings in this Court.

The parties propose filing a further Status Report within thirty (30) days after

completion of proceedings in the Supreme Court.

Respectfully Submitted,

| | |
|---|---|
| /s/ John M. Shoreman | /s/ Patrick J. Carome |
| | Patrick J. Carome |
| John M. Shoreman | (D.C. Bar No. 385676) |
| (D.C. Bar No. 407626) | **Wilmer Cutler Pickering** |
| **McFadden & Shoreman** | **Hale and Dorr LLP** |
| 1050 Connecticut Avenue, NW | 1875 Pennsylvania Avenue, NW |
| Suite 1000 | Washington, DC 20006 |
| Washington, DC 20036 | Telephone: (202) 663-6000 |
| Telephone: (202) 772-3188 | Fax: (202) 663-6363 |
| Fax: (202) 204-8610 | Patrick.carome@wilmerhale.com |
| | |
| | *Counsel for the International Monetary Fund* |
| *Counsel for Eugene Nyambal* | |

Date: January 26, 2015